**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-01437-LTB-CBS

FRANCISCO JUAN LOBATO,
ANTHONY LOBATO,
BARBARA LOBATO, and
RAMONA LOBATO,
        Plaintiffs,

v.

RANJAN FORD, JR., individually and as a Police Officer for the City and County of Denver,
CHARLES KYLE, individually and as a Police Officer for the City and County of Denver,
STEVEN ADDISON, individually and as a Police Officer for the City and County of Denver,
JOHN AND JANE DOES, Denver Police Officers whose true names and identities are unknown,
GERALD R.WHITMAN, Chief of Police of the City and County of Denver, and
THE CITY AND COUNTY OF DENVER, a municipal corporation,
        Defendants.
_____

**MINUTE ORDER**
_____
BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


    Plaintiffs' Motion to Amend Complaint (Doc 24 - filed January 6, 2006) is **GRANTED**. The tendered First Amended Complaint is accepted for filing.



Dated:  January 9, 2006
_____