IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 05-cv-01437-LTB-CBS

FRANCISCO JUAN LOBATO,
ANTHONY LOBATO,
BARBARA LOBATO, and
RAMONA LOBATO,

      Plaintiffs,

v.

RANJAN FORD, JR.,
individually and as a Police Officer for the City and County of Denver;
CHARLES KYLE,
individually and as a Police Officer for the City and County of Denver;
STEVEN ADDISON,
individually and as a Police Officer for the City and County of Denver;
JOHN AND JANE DOES,
Denver Police Officers whose true names and identities are unknown;
GERALD R. WHITMAN,
Chief of Police of the City and County of Denver; and
THE CITY AND COUNTY OF DENVER,
a municipal corporation,

      Defendants.

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      It is hereby **ORDERED** that the Stipulated Motion for Protective Order (filed March 14, 2006; *doc. no. 52*) is **GRANTED**.

      In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2 parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

**DATED:**    March 15, 2006