**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-01437-LTB-CBS

FRANCISCO JUAN LOBATO,
ANTHONY LOBATO,
BARBARA LOBATO, and
RAMONA LOBATO,

       Plaintiffs,

v.

RANJAN FORD, JR., individually and as a Police Officer for the City and County of Denver,
JOSHUA HERRICK, individually and as a Police Officer for the City and County of Denver;
GENE SHARLA, individually and as a Police Officer for the City and County of Denver;
ROBERT SHILLER, individually and as a Police Officer for the City and County of Denver:
CHARLES KYLE, individually and as a Police Officer for the City and County of Denver,
STEVEN ADDISON, individually and as a Police Officer for the City and County of Denver,
JOHN AND JANE DOES, Denver Police Officers whose true names and identities are unknown,
GERALD R. WHITMAN, Chief of Police of the City and County of Denver, and
THE CITY AND COUNTY OF DENVER, a municipal corporation,

       Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


     Defendants Herrick, Sharla, Shiller, Kyle, and Addison's Motion to Withdraw Unopposed Motion to Vacate and Reset Trial Date (Doc 57 - filed March 21, 2006) is **GRANTED**.  The Unopposed Motion to Vacate, Doc 39 - filed February 3, 2006, is **WITHDRAWN**.  The trial previously set for June 4, 2007 remains on the Court's docket.



Dated:  March 24, 2006
_____