IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 05-cv-01437-LTB-CBS

FRANCISCO JUAN LOBATO,
ANTHONY LOBATO,
BARBARA LOBATO, and
RAMONA LOBATO,

    Plaintiffs,

v.

RANJAN FORD, JR.,
individually and as a Police Officer for the City and County of Denver;
CHARLES KYLE,
individually and as a Police Officer for the City and County of Denver;
STEVEN ADDISON,
individually and as a Police Officer for the City and County of Denver;
JOHN AND JANE DOES,
Denver Police Officers whose true names and identities are unknown;
GERALD R. WHITMAN,
Chief of Police of the City and County of Denver; and
THE CITY AND COUNTY OF DENVER,
a municipal corporation,

    Defendants.

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    THIS MATTER IS before the court on Defendant Ford's Motion for Leave of Court to Take Deposition of Vincent Martinez (*doc. no. 95*).

    Pursuant to communications with the Jefferson County District Attorney's Office, the court has been advised that a client (with no relationship to the civil matter captioned above) of Mr. Padilla, counsel for the Plaintiffs, will be testifying for a minimum of three (3) hours on Wednesday, November 15, 2006 in a criminal case pending in Denver District Court. Mr. Padilla, per his representations on the record during a hearing on November 9, 2006, believes that he must be physically present during the testimony of his client, in order to preserve her Fifth Amendment rights, as necessary.

Under the circumstances this court finds good cause to deny Defendant's motion and directs the parties to reschedule the deposition. Accordingly,

IT IS ORDERED that Defendant's Motion for Leave of Court to Take Deposition of Vincent Martinez (*doc. no. 95)* is **DENIED**.

IT IS ORDERED that the deposition of Vincent Martinez, set for November 15, 2006, shall be rescheduled.

**Additionally, parties are ORDERED to submit comprehensive and detailed updated confidential settlement statements by close of business on December 20, 2006.**

**DATED:**     November 13, 2006