IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 05-cv-01437-LTB-CBS

FRANCISCO JUAN LOBATO,
ANTHONY LOBATO,
BARBARA LOBATO, and
RAMONA LOBATO,

      Plaintiffs,

v.

RANJAN FORD, JR.,
individually and as a Police Officer for the City and County of Denver;
CHARLES KYLE,
individually and as a Police Officer for the City and County of Denver;
STEVEN ADDISON,
individually and as a Police Officer for the City and County of Denver;
JOHN AND JANE DOES,
Denver Police Officers whose true names and identities are unknown;
GERALD R. WHITMAN,
Chief of Police of the City and County of Denver; and
THE CITY AND COUNTY OF DENVER,
a municipal corporation,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      THIS MATTER IS before the court on the Joint Motion for Extension of Time within Which to Complete Specific Discovery (*doc. no. 106*) and Defendant Ford's Unopposed Motion for Leave of Court to Take Deposition of Vincent Martinez (*doc. no. 107*).

      IT IS HEREBY ORDERED that both of the pending motions are **GRANTED**. Parties are permitted to take the deposition of Mr. Vincent Martinez on December 18, 2006, at 9:00 a.m. Additionally, the discovery deadline is extended to **January 31, 2007**, solely for the purposes of taking the depositions of Vincent Martinez, David Abrams and Charles Lepley.

**DATED:**  December 12, 2006