**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 05-cv-01437-LTB-CBS** | **FTR**-Reporter Deck Courtroom A402 |
| **Date: January 29, 2007** | **Courtroom Deputy:** Ben Van Dyke |

FRANCISCO JUAN LOBATO, *et al.*,                                    Kenneth A. Padilla

    **Plaintiffs,**

    v.

RANJAN FORD, JR., individually and in his                          Karla J. Pierce
capacity as a Police Officer of the City and County                Thomas S. Rice
of Denver, *et al.*,                                                              Bernard R. Woessner
                                                                                                  David J. Bruno

    **Defendants**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTIONS HEARING**
**Court in Session:       9:15 a.m.**
Court calls case.  Appearances of counsel.

**ORDERED:** The Joint Motion of Defendants for Leave to File Motion to Strike Plaintiffs' Medical Expert or Other Sanctions [filed December 15, 2006; doc. 110] is granted for the reasons stated on the record.  The proposed Joint Motion of Defendants to Strike Plaintiffs' Medical Expert or for Other Sanctions submitted December 15, 2006 is hereby filed on this date.

**ORDERED:** The Joint Motion of Defendants to Strike Plaintiffs' Medical Expert or for Other Sanctions deemed filed on this date is granted in part and denied in part for the reasons stated on the record.  Dr. Machanic shall supplement his expert report consistent with the Federal Rules and applicable case law within two weeks.  Plaintiffs shall pay reasonable costs and fees to Ms. Pierce in filing this motion, and Ms. Pierce shall provide a proper bill of costs to plaintiffs' counsel within two weeks.

**ORDERED:** Defendants shall supplement Dr. Kelly's report consistent with the discussion on the record.

**ORDERED:** The Unopposed Motion to Reset Final Pretrial Conference [filed January 25, 2007; doc. 130] is granted.  The final pretrial conference set for February 21, 2007 is vacated and reset for March 23, 2007 at 8:00 a.m.  The proposed final pretrial order is due by March 19, 2007.

**Court goes off the record to discuss settlement:   11:04 a.m.**

A settlement conference will be set at the request of counsel.

HEARING CONCLUDED.
**Court in Recess**:   **11:15 a.m.**
Total In-Court Time:    02:00