IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Action No. 05-cv-01437 - LTB - CBS

FRANCISCO JUAN LOBATO, individually and as the personal representative of the estate of Frank Lobato;
ANTHONY LOBATO;
BARBARA LOBATO; and
RAMONA LOBATO,

    Plaintiffs,

v.

RANJAN FORD, JR., individually and as a Police Officer for the City and County of Denver;
JOSHUA HERRICK, individually and as a Police Officer for the City and County of Denver;
GENE SHARLA, individually and as a Police Officer for the City and County of Denver;
ROBERT SHILLER, individually and as a Police Officer for the City and County of Denver;
CHARLES KYLE, individually and as a Police Officer for the City and County of Denver;
STEVEN ADDISON, individually and as a Police Officer for the City and County of Denver;
JOHN and JANE DOES, Denver Police Officers whose true names and identities are unknown;
GERALD WHITMAN, Chief of Police of the City and County of Denver; and
THE CITY AND COUNTY OF DENVER, a municipal corporation,

    Defendants.
_____

ORDER
_____

    THIS MATTER is currently set for a hearing on Defendant Robert Shiller's Motion for Summary Judgment Based on Qualified Immunity on February 9, 2007. On January 16, 2007, Defendants Ranjan Ford, Jr., Defendants Joshua Herrick and Gene Sharla, Defendants Steven Addison and Charles Kyle, and Defendants City & County of Denver and Gerald Whitman all filed motions for summary judgment. Because common questions of fact and law may be presented by the various summary judgment motions that have been filed in this case, I conclude that it would be imprudent to proceed with the hearing on Defendant Shiller's motion until the

remaining summary judgment motions are fully briefed and analyzed.

IT IS THEREFORE ORDERED that the hearing on Defendant Shiller's Motion for Summary Judgment Based on Qualified Immunity [Doc # 61] currently scheduled for February 9, 2007 is hereby VACATED and shall be re-set upon notice from the Court.

Dated: February __2__, 2007 in Denver, Colorado.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, CHIEF JUDGE