IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Action No. 05-cv-01437-LTB-CBS

FRANCISCO JUAN LOBATO, individually and as the personal representative of the estate of Frank Lobato;
ANTHONY LOBATO;
BARBARA LOBATO; and
RAMONA LOBATO,

       Plaintiffs,

v.

RANJAN FORD, JR., individually and as a Police Officer for the City and County of Denver;
JOSHUA HERRICK, individually and as a Police Officer for the City and County of Denver;
GENE SHARLA, individually and as a Police Officer for the City and County of Denver;
ROBERT SHILLER, individually and as a Police Officer for the City and County of Denver;
CHARLES KYLE, individually and as a Police Officer for the City and County of Denver;
STEVEN ADDISON, individually and as a Police Officer for the City and County of Denver;
JOHN and JANE DOES, Denver Police Officers whose true names and identities are unknown;
GERALD WHITMAN, Chief of Police of the City and County of Denver; and
THE CITY AND COUNTY OF DENVER, a municipal corporation,

       Defendants.
_____

ORDER
_____

This case is before me upon Fed.R.Civ.P. 72(a) review of the "Plaintiffs' Objections to Order of Magistrate Judge Granting Defendants' Joint Motion for Leave to File Motion to Strike Plaintiffs' Medical Expert or for Other Sanctions and granting in part and denying in part Defendants' Joint Motion to Strike Plaintiffs' Medical Expert or for Other Sanctions and Ordering Payment of Reasonable Costs and Fees to Counsel for Defendants City and

County of Denver and Whitman." The Magistrate Judge entered the Order on January 29, 2007. I have reviewed the objections in light of the Defendants' joint response. Upon such review, I cannot conclude that the Magistrate Judge's Order is either clearly erroneous or contrary to law. Accordingly

    IT IS ORDERED that the Plaintiffs' Objections are DENIED and the Magistrate Judge's Order is AFFIRMED.

                                               BY THE COURT:

                                       s/Lewis T. Babcock  
                                       LEWIS T. BABCOCK, CHIEF JUDGE

DATED: March 9, 2007