**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-01437-LTB-CBS

FRANCISCO JUAN LOBATO,
ANTHONY LOBATO,
BARBARA LOBATO, and
RAMONA LOBATO,

       Plaintiffs,

v.

RANJAN FORD, JR., individually and as a Police Officer for the City and County of Denver,
JOSHUA HERRICK, individually and as a Police Officer for the City and County of Denver;
GENE SHARLA, individually and as a Police Officer for the City and County of Denver;
ROBERT SHILLER, individually and as a Police Officer for the City and County of Denver:
CHARLES KYLE, individually and as a Police Officer for the City and County of Denver,
STEVEN ADDISON, individually and as a Police Officer for the City and County of Denver,
JOHN AND JANE DOES, Denver Police Officers whose true names and identities are unknown,
GERALD R.WHITMAN, Chief of Police of the City and County of Denver, and
THE CITY AND COUNTY OF DENVER, a municipal corporation,

       Defendants.

---

**MINUTE ORDER**

---

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

     The Motion for Leave to Waive Appearance at Status/Scheduling Conference (Doc 163 - filed March 22, 2007) is **GRANTED**.  Bernard Woessner's appearance is waived for the March 23, 2007 status/scheduling conference.

Dated:  March 22, 2007