# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 05-cv-01437-LTB-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: March 23, 2007** | **Courtroom Deputy:** Cathy Coomes |

FRANCISCO JUAN LOBATO, *et al.*,          Kenneth A. Padilla

    **Plaintiffs,**

    v.

RANJAN FORD, JR., individually and in his          Karla J. Pierce
capacity as a Police Officer of the City and County          Thomas S. Rice
of Denver, *et al.*,          David J. Bruno

    **Defendants.**

___

## COURTROOM MINUTES/MINUTE ORDER
___

**HEARING: FINAL PRETRIAL CONFERENCE/MOTION HEARING**
**Court in Session:      8:00 a.m.**
Court calls case. Appearances of counsel.

Review of the proposed Final Pretrial Order.

**ORDERED: For reasons stated on the record, Exhibit 300 is stricken.**

Discussion regarding motions in limine and other motions to be filed.

The Court will not sign the proposed Final Pretrial Order at this time and will wait for Chief Judge Babcock's decision regarding the trial date and pending motions. The Pretrial Conference **will be reset** at a later time, and a new proposed Final Pretrial Order will be submitted, consistent with the corrections made in court this date.

As to the Joint Motion for Order Determining Sufficiency of Plaintiffs' Responses to Defendants' Requests for Admissions (Doc. #140, filed 2/14/07), Mr. Rice states that the parties have resolved the motion and states the stipulation on the record.

**ORDERED:**  Based upon Mr. Rice's representation and Mr. Padilla's response and comments that the motion is resolved, and that the agreement regarding the motions is on the record, Joint Motion for Order Determining Sufficiency of Plaintiffs' Responses to Defendants' Requests for Admissions (Doc. #140, filed 2/14/07) is deemed WITHDRAWN.  Mr. Padilla reserves his right to assert any objections that are not inconsistent with the agreement stated on the record.

HEARING CONCLUDED.
**Court in Recess:**     8:50 a.m.
Total In-Court Time:     00:50