IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Action No. 05-cv-01437 - LTB - CBS

FRANCISCO JUAN LOBATO, individually and as the personal representative of the estate of Frank Lobato;
ANTHONY LOBATO;
BARBARA LOBATO; and
RAMONA LOBATO,

    Plaintiffs,

v.

RANJAN FORD, JR., individually and as a Police Officer for the City and County of Denver;
JOSHUA HERRICK, individually and as a Police Officer for the City and County of Denver;
GENE SHARLA, individually and as a Police Officer for the City and County of Denver;
ROBERT SHILLER, individually and as a Police Officer for the City and County of Denver;
CHARLES KYLE, individually and as a Police Officer for the City and County of Denver;
STEVEN ADDISON, individually and as a Police Officer for the City and County of Denver;
JOHN and JANE DOES, Denver Police Officers whose true names and identities are unknown;
GERALD WHITMAN, Chief of Police of the City and County of Denver; and
THE CITY AND COUNTY OF DENVER, a municipal corporation,

    Defendants.
_____

ORDER
_____

For the reasons stated on the record at the status/scheduling hearing held on March 23, 2007,

IT IS HEREBY ORDERED as follows:

1. The final pretrial conference currently set for May 8, 2007 and the trial date currently set to commence on June 4, 2007 are VACATED;

2. Plaintiffs have until April 6, 2007 to file their responses and supporting exhibits to all pending motions for summary judgment. Defendants shall have ten (10) days from the filing of Plaintiffs' responses to file replies to their motions for summary judgment. No further extensions of

time will be granted regarding the pending summary judgment motions;

    3. The final pretrial conference and trial date shall be re-set, if necessary, upon notice from the Court; and

    4. Oral argument on the pending summary judgment motions shall be scheduled, if necessary, upon notice from the Court.

Dated: March   23  , 2007, in Denver, Colorado.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, CHIEF JUDGE