IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 05-cv-01437-LTB-CBS

FRANCISCO JUAN LOBATO,
ANTHONY LOBATO,
BARBARA LOBATO, and
RAMONA LOBATO,

      Plaintiffs,

v.

RANJAN FORD, JR.,
individually and as a Police Officer for the City and County of Denver;
CHARLES KYLE,
individually and as a Police Officer for the City and County of Denver;
STEVEN ADDISON,
individually and as a Police Officer for the City and County of Denver;
JOHN AND JANE DOES,
Denver Police Officers whose true names and identities are unknown;
GERALD R. WHITMAN,
Chief of Police of the City and County of Denver; and
THE CITY AND COUNTY OF DENVER,
a municipal corporation,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Plaintiffs' Motion for Leave of Court to File Responses to Defendant Ford's Motion to Strike Affidavit of Vanessa Fields and Defendant Ford's Motion to Strike Vanessa Fields as Disclosed Witness One Day Late (*doc. no. 199)* is **GRANTED**.

**DATED:**    May 16, 2007