IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Action No. 05-cv-01437-LTB-CBS

FRANCISCO JUAN LOBATO, individually and as the personal representative of the estate of Frank Lobato;
ANTHONY LOBATO;
BARBARA LOBATO; and
RAMONA LOBATO,

       Plaintiffs,

v.

RANJAN FORD, JR., individually and as a Police Officer for the City and County of Denver;
JOSHUA HERRICK, individually and as a Police Officer for the City and County of Denver;
GENE SHARLA, individually and as a Police Officer for the City and County of Denver;
ROBERT SHILLER, individually and as a Police Officer for the City and County of Denver;
CHARLES KYLE, individually and as a Police Officer for the City and County of Denver;
STEVEN ADDISON, individually and as a Police Officer for the City and County of Denver;
JOHN and JANE DOES, Denver Police Officers whose true names and identities are unknown;
GERALD WHITMAN, Chief of Police of the City and County of Denver; and
THE CITY AND COUNTY OF DENVER, a municipal corporation,

       Defendants.
_____

ORDER
_____

This case is before me upon Plaintiffs' Motion to Set Aside Order of Referral to Magistrate Judge, Doc. 202.  Specifically, Plaintiffs move to set aside the Order of Referral concerning Defendant Ford's Motion to Strike Affidavit of Vanessa Fields filed April 20, 2007, Doc.186, and Defendant Ford's Motion to Strike Vanessa Fields as a Disclosed Witness, filed April 20, 2007, Doc. 187.  Defendant Ford has responded to the Plaintiffs' motions. Defendants Gerald R. Whitman and the City and County of Denver have joined the Motion to Strike Affidavit,
Doc. 194.

The Motion to Strike Vanessa Fields as a Disclosed Witness is clearly within the

purview of the present Order of Reference as it involves a discovery dispute under Fed R.Civ.P.26.

Plaintiffs argue that the Motion to Strike Affidavit is dispositive in its nature insofar as it may bear upon resolution of pending summary judgment motions. Although it appears that the Motion to Strike Affidavit is incidental to the Motion to Strike Vanessa Fields as a Witness and, thus, properly subject to the present Order of Reference under 28 U.S.C. § 636(a), out of an abundance of caution I will expand the Order of Reference regarding the Motions to Strike Affidavit and Strike as a Disclosed Witness under 28 U.S.C. § 636(b). Being sufficiently advised,

IT IS ORDERED that the Motion to Strike the Affidavit of Vanessa Fields, Doc. 186, and the Motion to Strike Vanessa Fields as a Disclosed Witness, Doc. 187, are re-referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b). The Magistrate Judge may determine in the first instance the application of 28 U.S.C. § 636(a) and/or (b) as to either or both motions.

IT IS FURTHER ORDERED that the Plaintiffs' "Motion for Court to Set Aside Order of Referral To Magistrate Judge Regarding Defendant Ford's Motion To Strike Affidavit of Vanessa Fields and Motion to Strike Vanessa Fields as a Disclosed Witness," Doc. 202, is granted in part and denied in part as set forth in this Order.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge

DATED: June   7  , 2007