**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 05-cv-01437-LTB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: July 16, 2007** | **Courtroom Deputy:** Ben Van Dyke |

FRANCISCO JUAN LOBATO, *et al.*,          Kenneth A. Padilla

    **Plaintiffs,**

    v.

RANJAN FORD, JR., individually and in his          Karla J. Pierce
capacity as a Police Officer of the City and County          Elliot J. Scott
of Denver, *et al.*,          Heidi Hugdahl
                                                                                              David J. Bruno

    **Defendants**.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: MOTIONS HEARING**
**Court in Session:     3:42 p.m.**
Court calls case.  Appearances of counsel.

Counsel present arguments regarding the motions before the Court.

**ORDERED:** **Defendant Ford's Motion to Strike Affidavit of Vanessa Fields [filed April 20, 2007; doc. 186]; Defendant Ford's Motion to Strike Vanessa Fields as Disclosed Witness [filed April 20, 2007; doc. 187]; the Motion to Strike Exhibit "A" from Defendants City and County of Denver and Whitman's Motion to Strike Affidavit of Vanessa Fields [filed June 6, 2007; doc. 212]; and Plaintiffs' Motion to Strike Affidavit of Lieutenant Stacey Goss and Captain Steven W. Carter [filed June 19, 2007; doc. 220] are taken under advisement.**

**ORDERED:** **The Motion to Seal [filed June 19, 2007; doc. 222] is granted. Plaintiffs' Motion to Disqualify Karla Pierce as Counsel for the City and County of Denver, for Sanctions, Protective Order, and to Allow Plaintiffs to Amend their Complaint to Include Additional Civil Rights Violations that have Occurred as a Result of the Actions of Counsel for the City and County of Denver (doc. 223) and the Response to the Motion (doc. 233) are hereby sealed. The Court is aware that the City and County of Denver defendants believe that sealing these documents is improper, and the parties shall have seventy-two (72) hours to brief this issue. The documents shall remain sealed in the interim.**

HEARING CONCLUDED.

**Court in Recess:**     **6:30 p.m.**
Total In-Court Time:     02:48