IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 05-cv-01437-LTB-CBS

FRANCISCO JUAN LOBATO, individually and as the personal representative of the estate of
Frank Lobato;
ANTHONY LOBATO;
BARBARA LOBATO; and
RAMONA LOBATO,

        Plaintiffs,

v.

RANJAN FORD, JR., individually and as a Police Officer for the City and County of Denver;
JOSHUA HERRICK,  individually and as a Police Officer for the City and County of Denver;
GENE SHARLA, individually and as a Police Officer for the City and County of Denver;
ROBERT SHILLER,  individually and as a Police Officer for the City and County of Denver;
CHARLES KYLE, individually and as a Police Officer for the City and County of Denver;
STEVEN ADDISON, individually and as a Police Officer for the City and County of Denver;
JOHN and JANE DOES, Denver Police Officers whose true names and identities are unknown;
GERALD WHITMAN, Chief of Police of the City and County of Denver; and
THE CITY AND COUNTY OF DENVER, a municipal corporation,

        Defendants.

_____

ORDER
_____

        Upon Plaintiffs' Motion to Set Aside Court's Order Denying Plaintiffs' Objections to Order

of Magistrate (Doc 259 - filed September 26, 2007), it is

        ORDERED that the Motion is GRANTED.  Defendants' response to Plaintiffs' Objections

is due **on or before October 9, 2007**.

                        BY THE COURT:


                        ___s/Lewis T. Babcock_____
                        Lewis T. Babcock, Judge

DATED:   September 27, 2007