IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01437-LTB-CBS

FRANCISCO JUAN LOBATO, individually and as the personal representative of the estate of
    Frank Lobato,
ANTHONY LOBATO,
BARBARA LOBATO,
RAMONA LOBATO,

                Plaintiffs,

v.

RANJAN FORD, JR, individually and as a Police Officer for the City and County of Denver,
JOSHUA HERRICK, individually and as a Police Officer for the City and County of Denver,
GENE SHARLA, individually and as a Police Officer for the City and County of Denver,
ROBERT SHILLER, individually and as a Police Officer for the City and County of Denver,
CHARLES KYLE, individually and as a Police Officer for the City and County of Denver,
STEVEN ADDISON, individually and as a Police Officer for the City and County of Denver,
JOHN AND JANE DOES, Denver Police Officers whose true names and identities are unknown,
GERALD WHITMAN, Chief of Police of the City and County of Denver, and
THE CITY AND COUNTY OF DENVER, a municipal corporation,

                Defendants.

## ORDER TO CURE DEFICIENCY

Babcock, Judge

    Plaintiffs' submitted a Notice Of Appeal and Plaintiffs' Motion And Affidavit For Leave To Proceed Pursuant To 28 U.S.C. § 1915 on December 3, 2007. The court has determined that the document is deficient as described in this order. Plaintiffs' will be directed to cure the following if wishes to pursue this appeal.

**(A)    Filing Fee**
      __ is not submitted

1

**(B)** **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:

    \_\_ is not submitted
    X  is not on proper form (must use the court's current form)
    \_\_ is missing original signature by plaintiff/petitioner on motion
    \_\_ is missing affidavit
    \_\_ affidavit is incomplete
    \_\_ is missing original signature by plaintiff/petitioner on affidavit
    \_\_ affidavit is not notarized or is not properly notarized
    \_\_ other_____

Accordingly, it is

ORDERED that Plaintiffs' cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiffs' filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiffs', together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiffs' fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this   7th   day of December, 2007.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              JUDGE, UNITED STATES DISTRICT
                              COURT FOR THE DISTRICT OF COLORADO