IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 05-cv-01437-LTB-CBS

FRANCISCO JUAN LOBATO,
ANTHONY LOBATO,
BARBARA LOBATO, and
RAMONA LOBATO,

    Plaintiffs,

v.

RANJAN FORD, JR., individually and as a Police Officer for the City and County of Denver,
JOSHUA HERRICK, individually and as a Police Officer for the City and County of Denver;
GENE SHARLA, individually and as a Police Officer for the City and County of Denver;
ROBERT SHILLER, individually and as a Police Officer for the City and County of Denver:
CHARLES KYLE, individually and as a Police Officer for the City and County of Denver,
STEVEN ADDISON, individually and as a Police Officer for the City and County of Denver,
JOHN AND JANE DOES, Denver Police Officers whose true names and identities are unknown,
GERALD R.WHITMAN, Chief of Police of the City and County of Denver, and
THE CITY AND COUNTY OF DENVER, a municipal corporation,

    Defendants.

___

## MINUTE ORDER
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

    The Stipulated Motion to Stay All Proceedings Pending Settlement of Claim (Doc 287 - filed December 10, 2007) is **GRANTED**. All proceedings in this matter are **STAYED pending further order of this Court**. The parties are directed to file joint status reports every 20 days.

Dated: December 11, 2007
___