UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01437-LTB-CBS

FRANCISCO JUAN LOBATO, *et al.*,
        Plaintiffs,

v.

RANJAN FORD, JR., individually and as a Police Officer for the City and
County of Denver, *et al.*,
        Defendants.

---

## ORDER

---

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on an informal telephonic request from

the media on or about November 6, 2009 to unseal: (1) "Response to Plaintiffs' Motion

to Disqualify . . . " (filed July 13, 2007) (doc. # 233); and (2) 'Reply to Defendant City

and County of Denver's Response to Plaintiffs' Motion to Disqualify . . ." (filed August 7,

2007) (doc. # 244).  Pursuant to the court's November 9, 2007 "Order on Pending

Motions" (doc. # 272), the Plaintiffs' "Motion to Seal" (doc. # 222) was denied.  The

Clerk of the Court unsealed the Plaintiffs' Motion to Disqualify (doc. # 223) pursuant to

the Order, but did not unseal the Response or the Reply.  The court having reviewed

the matter and the entire case file and being sufficiently advised in the premises,

**IT IS ORDERED that in the absence of any objection filed on or before**

**December 1, 2009**, the court will direct the Clerk of the Court to unseal: (1) the

"Response to Plaintiffs' Motion to Disqualify . . . " (filed July 13, 2007) (doc. # 233); and

(2) the "Reply to Defendant City and County of Denver's Response to Plaintiffs' Motion

to Disqualify . . ." (filed August 7, 2007) (doc. # 244).

DATED at Denver, Colorado this 17th day of November, 2009.

BY THE COURT:


 s/Craig B. Shaffer
United States Magistrate Judge