UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01437-LTB-CBS

FRANCISCO JUAN LOBATO, *et al.*,
    Plaintiffs,
v.

RANJAN FORD, JR., individually and as a Police Officer for the City and County of Denver, *et al.*,
    Defendants.

## ORDER

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court pursuant to its Order dated November 17, 2009 (doc. # 297), wherein the court directed that in the absence of any objection filed on or before December 1, 2009, the court would direct the Clerk of the Court to unseal two documents: (1) the "Response to Plaintiffs' Motion to Disqualify . . . " (filed July 13, 2007) (doc. # 233); and (2) the "Reply to Defendant City and County of Denver's Response to Plaintiffs' Motion to Disqualify . . ." (filed August 7, 2007) (doc. # 244). As of this date, no objection has been filed. Accordingly,

    IT IS ORDERED that the "Response to Plaintiffs' Motion to Disqualify . . . " (filed July 13, 2007) (doc. # 233) and the "Reply to Defendant City and County of Denver's Response to Plaintiffs' Motion to Disqualify . . ." (filed August 7, 2007) (doc. # 244) shall be unsealed.

DATED at Denver, Colorado this 2nd day of December, 2009.

BY THE COURT:


  s/Craig B. Shaffer
United States Magistrate Judge